| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Pregerson, Dean D | 2. Court or Organization Central District of California | 3. Date of Report 5/24/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge, Active | 5. ReportType (check appropriate type) ◯ Nomination, Date ◯ Initial ◉ Annual ◯ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 312 N. Spring Street Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)
☐ NONE  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Custodian | Smith Barney #3 & #4 U/CA/UTMA |
| 2. Advisory Board Member | Salvation Army Los Angeles Metropolitan Advisory Board |
| 3. Advisory Board Member | OSA/Salvation Army Bell Homeless Shelter |
| 4. Custodian | Bear Stearns #3 & #4 UTMA/CA |
| 5. Board of Trustees | Windward School |

# II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)
☑ NONE  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 JUN 14 A 11: 12 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/04 | Product Demonstrator |
| 2. | 12/31/04 | Self Employed-College Counselor |
| 3. | 12/31/04 | Consultant - Salvation Army |
| 4. | 12/31/04 | Freshman Application Reader - UCLA |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE  - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D | 5/24/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Smith Barney IRA #1 SB Money Fund | B | Dividend | M | T | | | | | |
| 2. Smith Barney IRA #1 GNMA 10/01/85 | | | | | Liquidated | | | | |
| 3. Smith Barney IRA #1 Franklin Flex Cap Growth Fund Cl A | A | Dividend | K | | | | | | |
| 4. Smith Barney IRA #1 Aggressive Growth Fund Cl A | A | Dividend | K | T | | | | | |
| 5. Smith Barney IRA #1 Smith Barney Small Cap Fund | A | Dividend | K | T | | | | | |
| 6. AT&T Corp AT&T Wireless Group | | | | | Sell | 4/30 | J | A | Cingular Wireless |
| 7. Smith Barney IRA #1 Intel Corp Common Stk | A | Dividend | K | T | | | | | |
| 8. Smith Barney IRA #1 Microsoft Common Stk | B | Dividend | M | T | | | | | |
| 9. Smith Barney IRA #1 Citigroup, Inc. Common Stk | B | Dividend | L | T | | | | | |
| 10. Smith Barney IRA #1 Alliance Large Cap Growth Fund, Cl B | A | Dividend | K | T | | | | | |
| 11. Smith Barney IRA #1 The Janus Fund | B | Dividend | M | T | | | | | |
| 12. Smith Barney IRA #1 Federal Express Common Stk | A | Dividend | K | T | | | | | |
| 13. Smith Barney IRA #1 Strip-Tint US Treasury, 08/15/2010 | B | Interest | K | T | | | | | |
| 14. Smith Barney IRA #1 Travelers PPTY CAS Corp Cl A & Cl B | A | Dividend | J | T | | | | | |
| 15. Microsoft Common Stk | C | Dividend | N | T | | | | | |
| 16. Smith Barney #3 ▮▮▮ U/CA/UTMA Tiger N | | | | | Sell | 06/30 | K | A | |
| 17. Smith Barney #3 ▮▮▮ U/CA/UTMA Wendys International Com Stk | | | | | Sell | 06/30 | J | A | |
| 18. Smith Barney #3 ▮▮▮ U/CA/UTMA Israel Duc 2014 7th Dev Bonds | B | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D | 5/24/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Fidelity Investments #3 UTMA CA - Spartan 500 Index Fund | A | Dividend | J | T | | | | | |
| 20. Fidelity Investments #3 UTMA CA - Janus Fund | A | Dividend | J | T | | | | | |
| 21. Fidelity Investments #3 UTMA CA- Janus Olympus Fund | A | Dividend | K | T | | | | | |
| 22. Fidelity Investments #4 UTMA CA- Spartan 500 Index Fund | A | Dividend | J | T | | | | | |
| 23. Fidelity Investments #4 UTMA CA Janus Twenty Fund | A | Dividend | J | T | | | | | |
| 24. Fidelity Investments #4 UTMA CA Janus Fund | A | Dividend | J | T | | | | | |
| 25. Fidelity Investments #4 UTMA CA Janus Fund | A | Dividend | J | T | | | | | |
| 26. Fidelity Investments #4 UTMA CA Janus Olympus Fund | A | Dividend | K | T | | | | | |
| 27. Smith Barney IRA #2 SB Money Cash Portfolio | A | Dividend | J | T | | | | | |
| 28. Smith Barney IRA #2 Alliance Bernstein Worldwide Priv Fund | A | Dividend | J | T | | | | | |
| 29. Smith Barney IRA #2 SB Aggressive Growth Fd, Cl A | A | Dividend | J | T | | | | | |
| 30. Travelers Life - Annuity | B | Dividend | M | T | | | | | |
| 31. Fidelity Investments Variable Annuity | F | None | M | T | | | | | |
| 32. Northern Trust Sec. FBO David UTMA/CA-Money Market | A | Dividend | J | T | | | | | |
| 33. Northern Trust Sec. FBO David UTMA/CA-Intel Corp. Com Stk | A | Dividend | J | t | | | | | |
| 34. Northern Trust Sec. FBO David UTMA/C Microsoft Corp Com Stk | A | Dividend | J | T | | | | | |
| 35. Northern Trust Sec. FBO David UTMA/CA - Walmart Stores Com | A | Dividend | J | T | | | | | |
| 36. Northern Trust Secs. FBO David UTMA/CA - Pfizer Com Stk | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D | 5/24/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. Northern Trust Secs. FBO Brad UTMA/CA - Money Mkt | A | Dividend | J | T | | | | | |
| 38. Northern Trust Secs. FBO Brad UTMA/CA - Intel Com Stk | A | Dividend | J | T | | | | | |
| 39. Northern Trust Secs. FBO Brad UTMA/CA - Pfizer Com Stk | A | Dividend | J | T | | | | | |
| 40. Northern Trust Secs. FBO Brad UTMA/CA - Walmart Com Stk | A | Dividend | J | T | | | | | |
| 41. Northern Trust Secs. FBO Brad UTMA/CA - Microsoft Com Stk | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pregerson, Dean D | 5/24/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature **X**

Date **X** 6-13-05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544